DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
BOYD C BARLOW ) Case No. 04-55547 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, BANK ONE DELAWARE NA in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $20.04 as an unclaimed dividend.

Claim # 10011      BANK ONE DELAWARE NA
                   P O BOX 100018
                   KENNESAW, GA 30156-9204

Dated: April 05, 2011                     _____
                                          DEVIN DERHAM-BURK, TRUSTEE



```
                                    NIXIE        300  DE  1         00  04/21/10
                                              RETURN TO SENDER
                                           NOT DELIVERABLE AS ADDRESSED
                                                 UNABLE TO FORWARD
                                         BC: 95150001313    *1056-05450-14-40
```

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**

APR 2 3 2010

DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

BANK ONE DELAWARE NA
P O BOX 100018
KENNESAW, GA 30156-9204